AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| United States of America<br><br>v.<br><br>PULEAGA PELE,<br><br>Defendant | Case No. 5:22-mj-00695 |

FILED
CLERK, U.S. DISTRICT COURT
11/4/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___EC___ DEPUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and ending on November 4, 2022 in the county of San Bernardino in the Central District of California, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(a)(1)(A) | Unlicensed dealing in firearms |

This criminal complaint is based on these facts:

   *Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Blake Ouzounian
*Complainant's signature*

BLAKE OUZOUNIAN, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: November 4, 2022 2:05 p.m.

Alicia G. Rosenberg
*Judge's signature*

City and state: Los Angeles, California

Hon. John E. McDermott, U.S. Magistrate Judge
*Printed name and title*

AUSA: J. Chemerinsky x6520

**AFFIDAVIT**

I, Blake Ouzounian, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am a Special Agent ("SA") with the Department of Homeland Security, United States Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"), in Los Angeles County, California, and I have been so employed since November 2019. I am currently assigned to the HSI Ventura-Northridge, which is tasked with investigating federal crimes involving fraud schemes to include marriage fraud and document benefit fraud, smuggling of narcotics, money laundering, illegal gambling, firearms violations, immigration crimes, child exploitation, human trafficking, and various other violations of immigration and customs law. I have been employed as a federal law enforcement officer since April 2007. Prior to my employment with HSI, I was a Border Patrol Agent and Customs and Border Protection Officer.

2. I am a graduate of the Criminal Investigator Training Program and ICE Special Agent Training Program at the Federal Law Enforcement Training Center located in Brunswick, Georgia. These courses provided me with training in various aspects of organized crime, drug investigations, money laundering, financial crimes, firearms violations, human trafficking, and immigration crimes relating to document benefit fraud and marriage fraud.

3. Through my training, experience, and consultation with other, more experienced agents and law enforcement officers, I have become familiar with the methods of operation used by people who are involved in narcotics smuggling, firearms violations, marriage fraud schemes, human trafficking, and financial crimes, specifically, illegal gambling, and money laundering. I am familiar with how criminal organizations use digital devices and financial institutions to facilitate and conceal their crimes.

4. During my tenure with HSI, I have gained a working knowledge on investigations involving narcotics smuggling, firearms violations, illegal gambling, money laundering, and marriage fraud. I have conducted surveillance and assisted with the service of search warrants involving illegal gambling. I have seized large amounts of bulk U.S. currency derived from proceeds of specified unlawful activity.

5. Additionally, I have conducted and participated in many aspects of criminal investigations, including reviewing immigration documents, conducting physical surveillance, serving subpoenas, debriefing sources, conducting interviews, executing search warrants, seizing evidence, and making arrests. I am familiar with the facts and circumstances of this investigation because of my participation and discussions with other law enforcement officers involved with this investigation.

## II. **PURPOSE OF AFFIDAVIT**

6. This affidavit is made in support of a criminal complaint against Puleaga PELE ("PELE") for a violation of 18 U.S.C. § 922(a)(1)(A) (unlicensed dealing in firearms).

7. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## III. **STATEMENT OF PROBABLE CAUSE**

### A. **HSI Obtains Evidence That the Person Residing in PELE's House Deals Firearms**

8. On July 19, 2022, LAPD officers served a search warrant at a residence in Encino as part of an investigation into illegal gambling. During the search warrant, officers seized a digital device from a hired security guard at that location. While reviewing the contents of the device, officers saw communications in which a person had offered to sell the security guard multiple firearms.

9. On August 23, 2022, the Honorable Rozella A. Oliver, United States Magistrate Judge, signed a search warrant for the security guard's phone in Case Number 2:22-mj-0336 to search for evidence of unlicensed dealing in firearms.

10. After obtaining the search warrant, HSI agents reviewed the phone and found text message conversations in which a contact identified as "Toko Ben Work" offered to sell the security guard multiple firearms. Each of the offers included photographs of the firearms that "Toko Ben Work" was offering to sell. The messages relating to the sale of firearms, including firearms being offered for sale, were dated February 14, February 15, and February 25, and February 27, 2022. Based on my review of the photographs, the firearms appear to be of unknown manufacturer and without a serial number, commonly referred to as "ghost guns."

11. Each of the files associated with the photographs of firearms sent by "Toko Ben Work" included GPS location data for the photograph corresponding to longitude and latitude coordinates where the photograph had been taken. When agents inputted the geolocation data for each of the firearm photographs into Google Maps, all of the data corresponded with the inside or backyard of a house located at 11124 Orchid Avenue, Hesperia, California ("Pele Residence").

12. A search of law enforcement databases for the Pele Residence revealed that PELE had listed that address as his residence.

13. Investigators installed a pole camera at the Pele Residence in late September 2022. On October 11, 2022, and October 19, 2022, the camera captured PELE entering and exiting the Pele Residence.

14.  On November 1, 2022, the Honorable Katherine Mader, of the Superior Court for the State of California, County of Los Angeles, signed a search warrant for the Pele Residence and for the person of PELE.

B.  **Law Enforcement Searches the PELE Residence, Finds Dozens of Firearms, and PELE Admits to Selling Guns**

15.  On November 4, 2022, HSI agents executed the search warrant at the Pele Residence.  Inside the house and in a Hummer truck in the garage, agents found dozens of privately manufactured firearms, hundreds of rounds of ammunition, and assorted firearm parts.  I have included photographs of the firearms recovered from the Pele Residence during the search:







16. I compared the photographs of the firearms sent to the security guard in February 2022 with the firearms recovered during the search and, based on that review, I believe that some of the firearms I recovered from the Pele Residence during the search were the same that "Toko Ben Work" had offered to sell to the security guard.

17. PELE was present at the Pele Residence during the search, was read his Miranda rights, and agreed to speak to law enforcement. PELE admitted that all of the weapons in the house and in the Hummer truck belonged to him. PELE further admitted that he used a drill to make the guns found by law enforcement at his home. PELE said that he sells the pistols and rifles for $800 each and makes approximately $200-$300 per gun sold. PELE said that he has sold guns since early 2021 and has sold multiple guns and traded other guns.

18. PELE stated that he typically sells guns to persons associated with a Crips gang in Compton with whom PELE also associates.

19. On October 25, 2022, HSI agents reached out to the Bureau of Alcohol, Tobacco, and Firearms ("ATF") and learned that PELE does not have a Federal Firearms License for buying or selling firearms nor has PELE registered any firearms in his name as of that date.

## IV. CONCLUSION

20. For all the reasons described above, there is probable cause to believe that PELE has committed a violation of 18 U.S.C. § 922(a)(1)(A) (unlicensed dealing in firearms).

/s/
BLAKE OUZOUNIAN, Special Agent
Department of Homeland Security, Homeland Security Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 4th day of November, 2022.

*Alicia G. Rosenberg*
UNITED STATES MAGISTRATE JUDGE